CGFD67 (10/01/16)



**ORDERED in the Southern District of Florida on June 15, 2021**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 13–22173–LMI**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Yohan Rodriguez
aka Yohan C Rodriguez, aka Yohau Rodriguez
1210 W 62 Street
Hialeah, FL 33012–6319

SSN: xxx–xx–4808

## ORDER REOPENING CASE TO ALLOW DEBTOR
## TO FILE A MOTION TO AVOID JUDICIAL LIEN

This matter came before the court on the debtor's Motion to Reopen Case in order to file a Motion to Avoid Judicial Lien. The court, having been advised by the clerk of court that the debtor has remitted the required filing fee or is otherwise exempt, hereby

**ORDERS** that:

This case is reopened. The Motion to Avoid Judicial Lien must comply with Local Rule 4003–2 and be served as required under Local Rule 5010–1(F). If a hearing on the motion is required, the clerk of court shall prepare a Notice of Hearing which, along with a copy of the motion to avoid judicial lien, shall be served as required under Local Rules 5010–1(F) and 9073–1. Upon entry of an order on the motion to avoid judicial lien, the case shall be reclosed without further order of the court.

# # #

The clerk shall serve a copy of this order on the Debtor, Attorney for Debtor and the case Trustee