

ORDERED in the Southern District of Florida on July 14, 2021.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Yohan Rodriguez                              Case No.: 13-22173-LMI

                                                        Chapter 13

                   Debtor           /

### ORDER CONTINUING MOTION TO REOPEN CHAPTER 13 CASE AND TO AVOID LIEN WITH CREDITORS AMERICAN EXPRESS BANK, FSB AND CITIBANK, N.A.

**THIS MATTER** having come to be heard on the consent calendar on this 13th day of July 2021, upon Debtor's Motion to Reopen Chapter 13 Case and to Avoid Lien with Creditors American Express Bank, FSB and Citibank, N.A. [herein "Motion"; ECF# 72], IT IS;

**ORDERED AND ADJUDGED:**

1. The Motion is continued to:

    **Date: August 10, 2021**
    **Time: 9:00 a.m.**
    **Location: Please see notice below:**

Until further notice or unless directed otherwise, the court will ONLY hold telephonic hearings. The telephonic service provider CourtSolutions, LLC (917) 746−7476 will be permitted in ALL matters. To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged

online at htttps://www.court-solutions.com If a party is unable to register online, a reservation may also be made by telephone at (917)746-7476. Individuals not represented by counsel will be able to use the telephonic services FREE of charge. All attorneys shall advise their clients NOT to appear at the courthouse.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.

Submitted By:
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 W 49 St.
Hialeah, FL 33012
(305) 687-8008
Fax : (305) 512-9701
Email: court@bankruptcyclinic.com